```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 06136
   LEONARDO RODRIGUEZ
   CARMEN L RODRIGUEZ                          CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2570     SSN XXX-XX-7815

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/05/2007 and was confirmed 07/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   24021.46            .00        9526.72
HITCHCOCK AND ASSOCIATES  PRIORITY        NOT FILED           .00            .00
ADDISON CENTRAL PATHOLOG  UNSEC W/INTER   NOT FILED           .00            .00
ADDISON RADIOLOGY         UNSEC W/INTER   NOT FILED           .00            .00
ADDISON RADIOLOGY         UNSEC W/INTER   NOT FILED           .00            .00
ADDISON RADIOLOGY         UNSEC W/INTER   NOT FILED           .00            .00
ADDISON RADIOLOGY         UNSEC W/INTER   NOT FILED           .00            .00
ALLIED INTERSTATE         UNSEC W/INTER   NOT FILED           .00            .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER     2542.37           .00            .00
AMERICAN GENERAL FINANCE  NOTICE ONLY     NOT FILED           .00            .00
BANKFIRST CARD CENTER     UNSEC W/INTER   NOT FILED           .00            .00
CERTFED SVC               UNSEC W/INTER   NOT FILED           .00            .00
CERTIFIED SERVICES        UNSEC W/INTER   NOT FILED           .00            .00
COMCAST                   UNSEC W/INTER   NOT FILED           .00            .00
CONSOLIDATED RESORTS INC  NOTICE ONLY     NOT FILED           .00            .00
DIVISION ANESTHESIA       UNSEC W/INTER      306.00           .00            .00
ILLINOIS COLLECTION SERV  UNSEC W/INTER   NOT FILED           .00            .00
ILLINOIS COLLECTION SYST  UNSEC W/INTER   NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSEC W/INTER   NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSEC W/INTER   NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  UNSEC W/INTER   NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU   UNSEC W/INTER   NOT FILED           .00            .00
MED COLLECTIONS SERVICES  NOTICE ONLY     NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS     UNSEC W/INTER   NOT FILED           .00            .00
OUR LADY OF THE RESURRET  UNSEC W/INTER   NOT FILED           .00            .00
OUR LADY OF THE RESURRET  UNSEC W/INTER   NOT FILED           .00            .00
OUR LADY OF THE RESURRET  UNSEC W/INTER   NOT FILED           .00            .00
OUR LADY OF THE RESURRET  NOTICE ONLY     NOT FILED           .00            .00
OUR LADY OF THE RESURRET  NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      545.11           .00            .00
PROVIDIAN                 UNSEC W/INTER   NOT FILED           .00            .00
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 06136 LEONARDO RODRIGUEZ & CARMEN L RODRIGUEZ

```
PROVIDIAN NATIONAL BANK   UNSEC W/INTER NOT FILED              .00            .00
SEVENTH AVENUE            NOTICE ONLY   NOT FILED              .00            .00
TAHITI VACATION CLUB      NOTICE ONLY   NOT FILED              .00            .00
TARGET                    UNSEC W/INTER NOT FILED              .00            .00
UNIV FIDELITY             NOTICE ONLY   NOT FILED              .00            .00
RJM ACQUISITIONS          UNSEC W/INTER    47.44               .00            .00
THOMAS R HITCHCOCK        REIMBURSEMENT    84.50               .00          84.50
THOMAS R HITCHCOCK        DEBTOR ATTY   2,500.00                          2,500.00
TOM VAUGHN                TRUSTEE                                           948.78
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             13,060.00

PRIORITY                                          84.50
SECURED                                        9,526.72
UNSECURED                                           .00
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             948.78
DEBTOR REFUND                                       .00
                    ---------------      ---------------
TOTALS              13,060.00                 13,060.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 02/24/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
      CASE NO. 07 B 06136 LEONARDO RODRIGUEZ & CARMEN L RODRIGUEZ